**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 15-7302**

―――――――――――

GREGORY H. JONES,

            Plaintiff - Appellant,

      v.

ROBERT MCKAY; ANTHONY E. RAND; WILLIS J. FOWLER; DERRICK E.
WADSWORTH,

            Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge. (5:12-ct-03213-BO)

―――――――――――

Submitted:  February 25, 2016      Decided:  February 29, 2016

―――――――――――

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit
Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Gregory H. Jones, Appellant Pro Se.  Joseph Finarelli, Special
Deputy Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE,
Raleigh, North Carolina, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory H. Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. McKay, No. 5:12-ct-03213-BO (E.D.N.C. Aug. 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED